■ In the Matter of THOMAS HEATH, Respondent, v ANN HEATH, Appellant. — Appeal from an order of the Family Court of Delaware County, entered November 23, 1979, which granted petitioner's application for a

downward modification of a child support and alimony award. Since the order sought to be reviewed was entered on default, the instant appeal must be dismissed (see *Morse v Morse,* 67 AD2d 750). Appeal dismissed, without costs. Kane, J. P., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.